UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. BRIAN M. TORPEY, MD, | : Civil Action No.12-6352(FLW) |
| Plaintiff, | : |
| vs. | : NOTICE OF CALL FOR DISMISSAL |
| | PURSUANT TO F.R.Civ. R.4(m) |
| HMSA HORIZON BLUE CROSS BLUE SHIELD OF HAWAII, | : |
| et al. | |
| Defendants, | : |

PLEASE TAKE NOTICE that the above-captioned action will be dismissed on <u>April 5, 3013 at 10:00 A.M.</u> for failure to effect service on the summons and complaint within 120 days of complaint unless you establish that service was effected within said 120 days or unless on that date good cause is shown for failure to do so. Any responsive pleading to this Notice must be filed with the Court on or before March 29, 2013.

WILLIAM T. WALSH, CLERK

BY   *Jacqueline Gore*
     Jacqueline Gore
     Deputy Clerk

DATED: March 5, 2013

TO: Gavin I Handwerker, Esq.